UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAIRUL BASAR SARKER,<br><br>   Plaintiffs,<br><br>  v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>   Defendants. | Case No. 1:26-cv-02199-KES-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT<br><br>(Doc. 10)<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

Plaintiff Khairul Basar Sarker initiated this action with the filing of a complaint on March 20, 2026, against Defendants Joseph B. Edlow, Director of the United States Citizenship and Immigration Services; Markwayne Mullin, Secretary of the Department of Homeland Security; Alissa Emmel, Chief of the Immigrant Investor Program Office of the United States Citizenship and Immigration Services; Todd Blanche, Acting Attorney General of the United States;[1] and Eric Grant, United States Attorney for the Eastern District of California.  (Doc. 1).

On May 26, 2026, the parties filed a joint stipulated request to extend the time for Defendants to respond to the complaint.  (Doc. 10).  The parties represent that they are presently engaged in the meet and confer process regarding an anticipated motion by Defendants to dismiss or to transfer venue, and that they require more time to confer regarding the factual and legal issues related to the anticipated motion.  *Id.* at 1.

---

[1] Todd Blanche is automatically substituted for Pamela Bondi, former United States Attorney General.  *See* Fed. R. Civ. P. 25(d).

In light of the parties' representations and good cause shown, the Court will extend the deadline for Defendants to respond to the complaint to June 25, 2026, and continue the initial scheduling conference accordingly.

**Conclusion and Order**

For good cause shown, IT IS HEREBY ORDERED that:

1. All Defendants SHALL file their responses to Plaintiffs' complaint no later than **June 25, 2026**; and

2. The initial scheduling conference is continued to 7/13/2026 at 10:00 AM (*see* Doc. 2).

IT IS SO ORDERED.

Dated:   **May 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2