ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAIRUL BASAR SARKER,<br><br>                    Plaintiff,<br><br>          v.<br><br>EDLOW, et al.<br><br>                    Defendants. | CASE NO.  1:26-CV-02199-KES CDB<br><br>STIPULATION TO VOLUNTARY TRANSFER OF VENUE; ORDER |

WHEREAS, plaintiff Khairul Basar Sarker ("Plaintiff") filed this action on March 20, 2026, seeking an order directing U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Immigrant Petition by Alien Investor (Form I-526);

WHEREAS, The U.S. Attorney's Office for the Eastern District of California was served on March 26, 2026.  Pursuant to a joint stipulation to extend time to allow the parties to engage in in the meet and confer process regarding an anticipated Motion to Dismiss or Transfer Venue[1]; this Court extended the deadline for Defendants' response to June 25, 2026[2];

WHEREAS, pursuant to 28 U.S.C. § 1391(e)(1), a civil action in which the defendant is an officer of an agency of the United States and acting in his official capacity, suit may be brought in any judicial district in which "(A) a defendant in the action resides, (B) a substantial part of the events or

---

[1] *See* Stipulation to Extend, ECF 10.

[2] *See* Order Extending Deadline for Defendants' Response to June 25, 2026, ECF 11.

STIPULATION TO VOLUNTARY TRANSFER OF VENUE; ORDER
1

omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (C) the plaintiff resides if no real property is involved in the action";

WHEREAS, Plaintiff is a citizen of Bangladesh and resident of Bahrain.  Complaint ECF 1 ("Complaint") at ¶¶ 4, 7.  Federal official Defendant(s) who head various federal offices, agencies, and departments reside where they perform their official duties;

WHEREAS, Plaintiff filed a Form I-526E petition with USCIS by mailing it to USCIS's Lockbox in Lewisville, Texas for adjudication by IPO in Washington, D.C.  Complaint at ¶ 17, Exhibit A (ECF 1-2) at pg. 2.  Plaintiff's petition remains pending at the IPO in Washington, D.C. since that time. Complaint at ¶¶ 22, 26.;

WHEREAS, Plaintiff's investment provided a basis on which Plaintiff claims his eligibility for the immigration benefit he seeks.  Plaintiff does not raise claims arising out of the investment or project, nor does the investment or project involve any activity by Defendants;

WHEREAS, the event or omission that gives rise to Plaintiff's claims is Defendant USCIS's alleged delay in adjudicating Plaintiff's EB-5 petition Form I-526, which is pending and will be adjudicated at Defendant USCIS's Immigrant Investor Program Office, in Washington, D.C.; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

(i) This action is appropriately transferred to the U.S. District Court for the District of Columbia, where the events or omissions directly giving rise to Plaintiffs' claims have occurred and will occur in the future; and

(iii) Should the Court approve the parties' request to transfer this action, the federal Defendants' deadline for filing a responsive pleading shall be extended to sixty (60) days from the date this action is entered on the docket of the receiving court.

Dated:  June 24, 2026

ERIC GRANT
United States Attorney

By:  /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney

Dated: June 24, 2026

/s/ Ellen Bronchetti (as authorized on June 24, 2026)
ELLEN BRONCHETTI
Counsel for Plaintiff

STIPULATION TO VOLUNTARY TRANSFER OF VENUE; ORDER

3

**ORDER**

Based on the foregoing and for good cause shown, it is hereby ORDERED that:

(1) This action is hereby transferred to the U.S. District Court for the District of Columbia, where the events or omissions directly giving rise to Plaintiffs' claims have occurred and will occur in the future; and

(2) The federal Defendants' deadline for filing a responsive pleading shall be extended to sixty (60) days from the date this action is entered on the docket of the receiving court.

IT IS SO ORDERED.

Dated:   June 28, 2026

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO VOLUNTARY TRANSFER OF VENUE; ORDER

4